UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 5269

_____

ROB LANDLEY AND ERIK ANDERSON

, Plaintiff(s)

- against -

SUPER MICRO COMPUTER, INC.

, Defendant(s)

_____

| | |
|---|---|
| State of California | ) |
| | ) SS.: |
| County of Alameda | ) |

### AFFIDAVIT OF SERVICE

Len Warren being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California.  That on 06/27/2008 at 11:04 AM at:

> SUPER MICRO COMPUTER, INC.
> 980 ROCK AVE.
> SAN JOSE CA 95131

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN

on SUPER MICRO COMPUTER, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Bob Aeschliman
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
General Councel and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 60 HEIGHT: 5'10''  WEIGHT: 170     HAIR: GREY      RACE: WHITE     SEX: MALE

Len T. Warren

Len Warren          Lic. #1035

SWORN TO BEFORE ME _____

*See attached jurat*

OUR DOC# 21509
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1                Signature of Document Signer No. 2 (if any)

State of California

County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this

_30_ day of _June_ , 20_08_ , by
    Date             Month            Year

(1) _Len Warren_ ,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Brown_
                    Signature of Notary Public

J. BROWN
NOTARY PUBLIC – CALIFORNIA
ALAMEDA COUNTY
COMMISSION # 1722116
MY COMM. EXPIRES JAN. 28, 2011

Place Notary Seal Above

───────────────── *OPTIONAL* ─────────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit of Service_

Document Date: _none_      Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827