**SOFTWARE FREEDOM LAW CENTER**
1995 Broadway, 17th Floor
New York, NY 10023
212.580.0800
212.580.0898 fax
www.softwarefreedom.org

Daniel B. Ravicher
Legal Director
212.461.1902 direct
ravicher@softwarefreedom.org

**MEMO ENDORSED**

July 14, 2008



VIA FEDERAL EXPRESS

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re: **Andersen et al. v. Super Micro Computer, Inc., 08-CV-5269: Request for Adjournment of Pre-Trial Conference**

Dear Judge Berman:

Plaintiffs in the above captioned matter request an adjournment of the pre-trial conference currently scheduled for July 17, 2008, at 9:15 a.m. to on or after August 1, 2008, because the parties are actively working toward settlement and are hopeful that they will reach agreement on such in the immediate future. Counsel for Defendant has been consulted and consents to this request.

Sincerely,

Daniel B. Ravicher, Esq. (DR-1498)

cc:

Mark F. Radcliffe
DLA Piper
2000 University Avenue
East Palo Alto, California 94303-2214

Conference adjourned to 8/20/08 at 9:15 a.m.

SO ORDERED:
Date: 7/16/08
Richard M. Berman, U.S.D.J.