Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2008
```

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

       Plaintiff,

v.

SUPER MICRO COMPUTER, INC.
a Delaware corporation.

       Defendant.

-------------------------------------------------------------x

Case No. 08-cv-05269-RMB

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Erik Andersen and Rob Landley hereby dismiss this action against defendant Super Micro Computer, Inc., WITHOUT PREJUDICE, and without costs to any party.

**Clerk to close this case.**

DATED: New York, NY

    7/28, 2008

SOFTWARE FREEDOM LAW CENTER

_/s/ Daniel Ravicher_

Daniel B. Ravicher, Esq. (DR1498)
Aaron K. Williamson, Esq. (AW1337)
1995 Broadway, 17th Floor
New York, NY 10023-5882
(212) 580-0800
*Attorneys for plaintiffs Erik Andersen and Rob Landley*

SO ORDERED:

_RMB_

Hon. Richard M. Berman
United States District Judge